# Court of Appeals
# of the State of Georgia

ATLANTA,  October 05, 2018

*The Court of Appeals hereby passes the following order:*

## A19A0398. GREGORY ALLEN DAVENPORT v. THE STATE.

In February 2016, Gregory Allen Davenport pled guilty to multiple offenses including armed robbery, aggravated assault with the intent to rob the victim, aggravated assault with a deadly weapon, and three other offenses.[1] On July 16, 2018, the trial court amended its sentence. On August 22, 2018, Davenport filed a notice of appeal from the court's order amending its sentence. We lack jurisdiction because Davenport's appeal is untimely.

To be timely a notice of appeal must be filed within 30 days after entry of the appealable order. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v United Paperworkers Intl. Union*, 224 Ga App 721 (482 SE2d 704) (1997). Here, Davenport filed his notice of appeal 37 days after entry of the trial court order he seeks to appeal.

---

[1] Davenport subsequently filed motions to withdraw his guilty plea and vacate a void sentence. The trial court denied his motions, and we affirmed on appeal. *Davenport v. State*, Case Nos. A17A0850 and A17A0851 (decided Sept. 8, 2017).

Accordingly this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta, _10/05/2018_

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.